B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Eastern District of Tennessee**

IN RE:                                                                                           Case No. _____

McConnell, James Lyndon & McConnell, Rebecca Joan                                                Chapter **7** _____
_____Debtor(s)_____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Capital One Retail Services | **Describe Property Securing Debt:**<br>Kawasaki Mule |
| Property will be *(check one)*:<br>☐ Surrendered   ☑ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☑ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☐ Claimed as exempt   ☑ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>Ford Credit | **Describe Property Securing Debt:**<br>2013 Ford F 150 |
| Property will be *(check one)*:<br>☐ Surrendered   ☑ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☑ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☐ Claimed as exempt   ☑ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes   ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes   ☐ No |

___**1**__ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  _____**June  4, 2015**_____        */s/ James L McConnell* _____
                                           Signature of Debtor

                                           */s/ Rebecca J  McConnell* _____
                                           Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Pioneer Credit Company | **Describe Property Securing Debt:**<br>2004 Nissan 518 BD 4D |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortgage | **Describe Property Securing Debt:**<br>Real property located at 2225 Bright Hope Road |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet __1__ of __1__

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Tennessee**

| | |
|---|---|
| **IN RE:** | Case No. _____ |
| McConnell, James Lyndon & McConnell, Rebecca Joan | Chapter 7_____ |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the Debtors' Statement of Intention has been served electronically or by regular U.S. Mail to the United States Trustee, the Chapter 7 Trustee, and all creditors listed below.

Capital One Retail Services

Kawasaki

Dept 7680

Carol Stream, IL 60116-7680


Capital One Kawasaki

26525 N. Riverwoods Blvd

Mettawa, IL 60045


Ford Credit

Post Office Box 542000

Omaha, NE 68154


Pioneer Credit Company

Post Office Box 578

Greeneville, TN 37744-0578


Wells Fargo Home Mortgage

Post Office Box 1441

Des Moines, IA 50306-3411


Wells Fargo Home Mortgage

8480 Stagecoach Circle

Frederick, MD 21701

**This, the 8th day of June 2015.**


/s/Douglas L. Payne, BPR 013380

401 West Irish Street

Greeneville, TN    37743 (423) 639-2220; (F) 423 639 7443